### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**JOE CLYDE TUBWELL**                                                                                     **PLAINTIFF**

**V.**                                                                                     **NO. 3:17-CV-15-DMB-RP**

**SPECIALIZED LOAN**
**SERVICING, LLC,  et al.**                                                                                     **DEFENDANTS**


### ORDER

On June 18, 2018, Specialized Loan Servicing, LLC, and Morgan Stanley Mortgage Capital Holdings, LLC, filed a motion for summary judgment.  Doc. #108.  In support of their motion, they filed a memorandum brief, Doc. #109, and a "Statement of Undisputed Facts in Support of Motion for Summary Judgment," Doc. #110.  The Court's Local Uniform Civil Rules do not authorize the filing of a separate statement of undisputed facts in support of a summary judgment motion.  *See* L.U. Civ. R. 7(b).  Accordingly, the statement of undisputed facts [110] is **STRICKEN**.  However, Specialized Loan Servicing and Morgan Stanley are allowed seven (7) days from the date of this order to file an amended memorandum brief to the extent they wish to incorporate the contents of the stricken statement of undisputed facts in their briefing.  If filed, the amended memorandum brief must comply in all respects with the Court's Local Rules.  Joe Clyde Tubwell may file a response to the motion for summary judgment and amended memorandum brief within fourteen (14) days of the amended memorandum brief's filing.  Any reply by Specialized Loan Servicing and Morgan Stanley shall be filed within seven (7) days thereafter.

**SO ORDERED**, this 22nd day of June, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**