**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **JOE CLYDE TUBWELL** | **PLAINTIFF** |
| **V.** | **NO. 3:17-CV-15-DMB-RP** |
| **SPECIALIZED LOAN SERVICE, LLC, et al.** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order issued this day, the defendants' motion for summary judgment [108] is **GRANTED**. This case is **CLOSED**.

**SO ORDERED**, this 29th day of March, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**